CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 12 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| BARRY L. VIA, a/k/a Zayd Abdul Muhammad, ) | |
| ) | Civil Action No. 7:13cv513 |
| Petitioner, ) | |
| ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| HAROLD W. CLARKE, ) | By: Samuel G. Wilson |
| ) | United States District Judge |
| Respondent. ) | |

In accordance with the memorandum opinion entered on this day, it is hereby **ORDERED** and **ADJUDGED** that Respondent's motion to dismiss (ECF No. 13) is **GRANTED**, and Via's § 2254 petition for habeas corpus (ECF No. 1) is **DISMISSED**. This case is **STRICKEN** from the court's active docket. Further, finding that Via has failed to make the requisite substantial showing of the denial of a constitutional right, as required by 28 U.S.C. § 2253(c), a certificate of appealability is **DENIED**.

**ENTER:** June 12, 2014.

_____
UNITED STATES DISTRICT JUDGE